

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2020

No. 04-19-00636-CV

The **STATE** of Texas,
Appellant

v.

**FORTY-FIVE THOUSAND AND EIGHT HUNDRED TEN DOLLARS
AND TEN CENTS** ($45,810.10) in United States currency,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVJ000512D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

On July 29, 2020, this court issued a memorandum opinion in this appeal. On August 31, 2020, appellant filed a "Motion to Publish the Court's Opinion." After consideration, appellant's request for the publication of this court's July 29, 2020 opinion in this appeal is **GRANTED**. All other relief requested in appellant's motion is **DENIED**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court